RECEIVED

2007 MAY -3 A 11:04

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Henry Joiner #1092_                    )
Full name and prison name of            )
Plaintiff(s)                            )
                                        )
v.                                      )          CIVIL ACTION NO. _2:07cv 380 - MHT_
                                        )          (To be supplied by Clerk of U.S. District
_D.T. Marshall_                         )          Court)
_Gina M. Savage_                        )
_Nurse E. Clayton_                      )
_Doctor Bates or Baits_                 )
_Doctor NICKELS_                        )
_Nurse Cobbs_                           )
Name of person(s) who violated your     )
constitutional rights. (List the names  )
of all the person.)                     )

I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court dealing with the same or
          similar facts involved in this action?  YES ☐   No ☑

     B.   Have you begun other lawsuits in state or federal court relating to your
          imprisonment?          YES ☐          NO ☑

     C.   If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
          is more than one lawsuit, describe the additional lawsuits on another piece of paper,
          using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff (s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if state court, name the county)

               _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Montgomery County Detention Facility ; P.O. Box 4599 ; Montg, Al. 36103_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
_Montgomery County Detention Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | D.T. Marshall | Montgomery County Sheriff's Office |
| 2. | Gina M. Savage | Montgomery County Detention Facility |
| 3. | Nurse E. Clayton | " " " " |
| 4. | Nurse Cobbs | Of Southern Health Partners |
| 5. | Doctor Bates or Baits | The Director OF Medical |
| 6. | Doctor Nickels | Of Southern Health Partners |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _03-09-07_ _until 04/20/07_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I am being Denied Proper Medical Treaments By The M.C.D.F._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

After submitting many SICK CALL FORMS, from 03/09/07 to 04/04/07; Medical Staff, etc; just neglected and disregarded my please for HELP for my Spinal Condition and Neuralgia Pains and my Eye Sight Problems; there were no Eye Test; X-Rays Done; nothing.

GROUND TWO: Cruel and Unusual Punishment It is unusual to be Held & EXTRADITED from Dayton, Ohio to Montgomery, Alabama in a Van with my

SUPPORTING FACTS: Kind of Neuralgia Spinal Conditions. I was arrested and Detained by the Dayton, Ohio Sheriff Department on the 25th day January, 2007. On the 8th of March, 2007 I arrived at M.C.D.F. My Charge was Domestic Violence 2nd; Bond $20,000.00 They say my name is Timmy or Timmothy Jointer.

GROUND THREE: Medical Negligence; Medical Malpractice Eye Sight Problems & My Neuralgia Condiction Disregard to my Conditions; etc;

SUPPORTING FACTS: See Copies Of Grievance Decision Forms; Medical Division Charge Sheets from the Montgomery County Detention Facility and from the Montgomery County Sheriff's Office of Dayton, Ohio; My Receipt Copies show moneys deducted from my Inmate Account for Medical Services and they tell me I must purchase any Pain Medication from the Canteen Commissary After they have taken all Money Out of it! "SEE Attached Sheets"

VI.     STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
        MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I want the Court to grant me the Sum of $500,000.⁰⁰ for the Pain and Mental Stress they put me through needlessly; for the loss of my home; car; truck; etc; The Mental and Physical Anguish; agony; torture; torment; etc; I want the resignations of all envolved.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
               (Date)

_____
Signature of plaintiff(s)

Henry Joiner #1092
M.C.D.F. Cell 3, A.3
P.O. Box 4599
Montgomery, AL 36103

MAY 2007

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711



Part #1          <u>Documentation Of All Attached-Sheets; Etc</u>

<u>Attach Sheet #1,2,+3 of</u>    : are co-pay charge
documents of Medical Services Provided by the
Montgomery County Sheriff's Office for Spinal Pain
etc; in Dayton, Ohio.
          The Dir; of Medical told me that the only
thing they could do for me about my Medical Pains
and Spinal Conditions were to Prescribed me 800m
Ibuprofen; there would be no X-Rays; no referral
to Neuralgist; etc:
          They told me that I was a Problem of the
Montgomery County Detention Facility of Montgamery
Alabama ; <u>"**not theirs"**.</u> Any other Medical Problems
which may need referral would have to be done by
Montgomery, Alabama... They are just <u>Holding Me!</u>
          The Medical Director gave me the name of (3)
three free Health Care Service Division to go to
for fast help for my Spinal Conditions when I
get back home to Dayton, Ohio. Notice the name
in the Blank space for Prisoner Name + Prisoner Signatu
<u>Attach Sheet #4 of</u>    : is the Grievance
Decision by the M.C.D.F. which I did not agree
with. It is some written proof that I had to be
writting and requesting Medical Treatment for my
feet; my Spinal Condition; my teeth; and eyes in
order to file a Grievance on this Facility's Medica
Staff; etc.

Part #2            <u>Documentation Of All Attached-Sheets; etc;</u>

<u>Attach Sheet #5 of</u>      : is a written request from me to the clerk of the Grievances, trying to explain my points and needs for proper treatment.

<u>Attach Sheet #6 of</u>      : is to show this Court my Booking Date 03-08-07; my Charge; my Bond; and the fact that I have been held in some Jail from Jan. 25, 2007 until now without seeing or talking with an Attorney about all Matters, did not see a Judge until 03-29-07.

<u>Attach Sheet #7 of</u>      : is help to show that I was still filling-out Sick Call Forms for Medical help for Pain; my teeth; my Eye Sight; My Spinal Problems; etc;

It is also proof that they lied about the Doctor prescribing me something for Pain at all. I had (11) tooth pulled and March of 2007 by the Dentist of the Facility who Perscribed me 800 mg. Ibuprofen for Gum-Pains for (3) days each visite.

This sheet also supports the fact that I wa seen by this Facility's Doctor from Southern Health Partenrs on 03/30/07 and he Prescribed me Medication for pain, but the Resription was never filled because that Doctor stopped Working for M.C.D.7. and Nursing Staff told me if I needed more pain Medication to get

**Part #3** | <u>Documentation Of All Attached-Sheets; etc;</u>

<u>Attach Sheets</u> #8 & #9 of : Copies Of M.C.D.F.
Medical Division Charge Sheet for Medical Services
etc; these sheets also show facts that this
Facility and Medical Staff along with it's
Doctors, willingly and openly, disregarded the
Torment of Mental & Physical Anguish of Agony and
Torture of Pain and Mental Stress their Negligence
was adding to my Condition. My body is in pain
24-7....

Charge Sheet dated 04/04/07; after being
informed of My Pains & Condition, etc; Doctor
Bates decided to give me a Prescription for
White Petroleum Jelly, and was Charge $13.00.

Charge Sheet dated 04/04/07; sometime
before I saw Doctor Bates, the Dentist gave
me a Prescription for Pain and infection for
the tooth he had pulled on 03/28/07 & 03/21/07

Charge Sheets dated March 28 & 21, 2007
were Dentist Visits & Appointments; 3 day Prescription

Charge Sheets dated March 20th 2007
was my 2nd Visit to the Nurses Station to
ask for something for Chronic Pains in my
Neck, Back, etc; blurd eye visions; treatment
for my feet; and asked to be put on the
list see the Doctor to be referred to someone
for treatment for my eyes and my Spinal Condition.

Part #4      <u>Documentation Of All Attached-Sheets;etc</u>

Attach Sheets #10,11,12 of  ; are My Receipts
shown as proof and fact as to the Moneys
in my account they take as they Please, and
have the Nerve to tell me to order Pain
Medication from the store:

On 04/20/07, Doctor Bates saw me for
my eye complaint and my Spinal Complaint; I told
him my problems again and asked to be referred
to and Eye Doctor + referral to a Neuralgist
for treatment; his answer was I am going to
give you a Perscription for pain and when it runs
out you will have to order pain Medication from
the Store, you will not be referred to other
Doctors;etc; NO X-Rays; No nothing...

Nurse Clayton was the very first Medical Staff
employee at M.C.D.7. I saw about my Medical Problem
which were, my feet; me Eye Sight; Spinal Conditions
Acute Chronic Pains; and Teeth Problems, on 03/09/0
Nurse Clayton lied to me about putting me on the list
to see the Dentist or Doctor and when I asked her tw
days later, she stated that she had forgotten to do s

Nurse Clayton has a sleepping-disorder, she
went to sleep several times on me the while doi
my Medical interview on 03/09/07

**MONTGOMERY COUNTY SHERIFF'S OFFICE**

*Attach sheet #1 of #*

**HEALTH CARE SERVICES DIVISION**

## CO-PAY CHARGE DOCUMENT

Prisoner Name: _Jointer, Terry Henry_      Jacket #: _7-2517_

DOB: _9/24/62_      Housing Unit: _N21_

Problem/Complaint: _back pain_

|   |   |   |   |
|---|---|---|---|
| [  ] | Paramedic Sick Call | (M1) | $3.00 |
| [ X ] | Physician Sick Call | (M2) | $5.00 |
| [  ] | Dental Clinic | (M3) | $5.00 |
| [ X ] | Prescription Fee<br>($3.00 per prescription) | (M4) | $3.00  x # ___1___ = $ _3.00_ |
| [  ] | Other:_____ | (M5) | $__.00 |
| [  ] | Health Care Staff Referral | | N/C |
| [  ] | Federal Prisoner | | N/C |

*I have been advised of the Co-Pay charges and understand that the fees, as listed above, will be deducted from my commissary account only after I receive health care services. I also understand that if I do not have any money on account, a negative balance will be placed on my account for future collection should money become available.  The prescription handling fee will be deducted <u>every</u> time your prescription is refilled.*

Prisoner Signature: X _____

*I voluntarily refuse to accept health care under these terms. The consequences of my refusing this care have been explained to me and I understand them:* _____

Paramedic Signature: _____      DOB: _2/15/07_

Dir. of Medical Signature: _Brenda Ellison_      DOB: _2/15/07_

Account Signature: _____      DOB: ___/___/___

<u>White Original</u>: Medical File      <u>Yellow Copy</u>: Accountant      <u>Pink Copy</u>: Prisoner

Form #0121

① Cassaro Clinic
② Drew Clinic
③ Good
Samaritan
Clinic

TGOMERY COUNTY SHERIFF'S OFFICE
HEALTH CARE SERVICES DIVISION *Attach Sheet #2 of #*

**O-PAY CHARGE DOCUMENT**

_____    Jacket #: _27 3517_

_____    Housing Unit: ___N 21_____

_____

| | | | |
|---|---|---|---|
| [ X ] | Paramedic Sick Call | (M1) | $3.00 |
| [ ] | Physician Sick Call | (M2) | $5.00 |
| [ ] | Dental Clinic | (M3) | $5.00 |
| [ ] | Prescription Fee<br>($3.00 per prescription) | (M4) | $3.00  x # _____ = $ _____ . ___ |
| [ ] | Other:_____ | (M5) | $__.00 |
| [ ] | Health Care Staff Referral | | N/C |
| [ ] | Federal Prisoner | | N/C |

*I have been advised of the Co-Pay charges and understand that the fees, as listed above, will be deducted from my commissary account only after I receive health care services. I also understand that if I do not have any money on account, a negative balance will be placed on my account for future collection should money become available.  The prescription handling fee will be deducted underlined every time your prescription is refillled.*

Prisoner Signature: X _Henry Joiner_____

*I voluntarily refuse to accept health care under these terms. The consequences of my refusing this care have been explained to me and I understand them:* _____

Paramedic Signature: _____ 3 07 _____    DOB: ___ / ___ / ___

Dir. of Medical Signature: _____    DOB: ___ / ___ / ___

Account Signature: _____    DOB: ___ / ___ / ___

White Original: Medical File          Yellow Copy: Accountant          Pink Copy: Prisoner

Form #0121

**MONTGOMERY COUNTY SHERIFF'S OFFICE**    *Attach Sheet #3 of #*

**HEALTH CARE SERVICES DIVISION**

## CO-PAY CHARGE DOCUMENT

Prisoner Name: __Joiner, Henry__          Jacket #: __07-2517__

DOB: __9 / 24 / 62__          Housing Unit: __N21__

Problem/Complaint: __PAIN / DRY FEET__

| | | | |
|---|---|---|---|
| [ X ] | Paramedic Sick Call | (M1) | $3.00 |
| [  ] | Physician Sick Call | (M2) | $5.00 |
| [  ] | Dental Clinic | (M3) | $5.00 |
| [ X ] | Prescription Fee ($3.00 per prescription) | (M4) | $3.00 x # __1__ = $ __3.00__ |
| [  ] | Other:_____ | (M5) | $__.00 |
| [  ] | Health Care Staff Referral | | N/C |
| [  ] | Federal Prisoner | | N/C |

*Refused*

*I have been advised of the Co-Pay charges and understand that the fees, as listed above, will be deducted from my commissary account only after I receive health care services. I also understand that if I do not have any money on account, a negative balance will be placed on my account for future collection should money become available. The prescription handling fee will be deducted underline every time your prescription is refillled.*

Prisoner Signature: X __Henry Joiner__

*I voluntarily refuse to accept health care under these terms. The consequences of my refusing this care have been explained to me and I understand them:* _____

Paramedic Signature: __AJ__          DOB: __2 / 14 / 07__

Dir. of Medical Signature: _____          DOB: ___ / ___ / ___

Account Signature: _____          DOB: ___ / ___ / ___

**(5) Day Prescription for Pain**

**Montgomery County Detention Facility**                    **Medical Division Charge Sheet**

Inmate Name: _Joner, Henry_          R/S _B/M_    DOB _2-24-__

Booking No. _1092_                                    Floor _3A_    Cell _5_

### SERVICES

|  |  |  |
|---|---|---|
| XRay $10.00 | Doctor Visit $10.00 | ✓ Nurse Visit $10.00 |
| Lab $10.00 | DentistVisit $10.00 | ✓ Prescription $3.00 |

Nursing Staff Signature _P. Griffin, LPN_          Date _3/26/07_

Inmate Signature _X Henry Joiner_          Date _3/26/07_

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate

Dentist pulled (5) teeth (3) Day Prescription for Pain

**Montgomery County Detention Facility**                    **Medical Division Charge Sheet**

Inmate Name: _Joiner Henry_                    R/S _B/M_     DOB _____

Booking No. _1092_                    Floor _3A_    Cell _____

## SERVICES

| | | |
|---|---|---|
| XRay $10.00 | Doctor Visit $10.00 | Nurse Visit $10.00 |
| Lab $10.00 | ✓Dentist Visit $10.00 | ✓Prescription $3.00 |

Nursing Staff Signature _Dewwwww_     Date _3 21 07_

Inmate Signature _Henry Joiner_     Date _____

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate

*Dentist pulled (6) teeth (3) Day Prescription for Pain*

**Montgomery County Detention Facility**                    **Medical Division Charge Sheet**

Inmate Name: _HenRy JoineR_                    R/S _B/M_        DOB _____

Booking No. _1098_                    Floor _____        Cell _____

### SERVICES

| XRay $10.00 | Doctor Visit $10.00 | Nurse Visit $10.00 |
|---|---|---|
| Lab $10.00 | X DentistVisit $10.00 | X Prescription $3.00 |

Nursing Staff Signature _____    Date _3-28-07_

Inmate Signature _Henry Joiner_    Date _3-28-07_

White Original: Medical File        Yellow Copy: Accounts Manager        Pink Copy: Inmate

*Dr. Bates Gave me A Prescription for Petroleum Jelly.*

**Montgomery County Detention Facility**      **Medical Division Charge Sheet**

Inmate Name: JOINER HENRY    R/S 3/M    DOB _____

Booking No. 1092      Floor 3A    Cell _____

### SERVICES

| | | |
|---|---|---|
| ___ XRay $10.00 | ✓ Doctor Visit $10.00 | Nurse Visit $10.00 |
| ___ Lab $10.00 | DentistVisit $10.00 | ✓ Prescription $3.00 |

Nursing Staff Signature _____    Date _____

Inmate Signature _Henry Joiner_    Date 8/04/07

White Original: Medical File      Yellow Copy: Accounts Manager      Pink Copy: Inmate

*Dentist gave me A Prescription for Pain + Infection for 3 days*

**Montgomery County Detention Facility**                    **Medical Division Charge Sheet**

Inmate Name: HenRy JoineR                    R/S B/M    DOB ____

Booking No. 1098                              Floor 3A3    Cell ____

### SERVICES

| XRay $10.00 | Doctor Visit  $10.00 | Nurse Visit $10.00 |
|---|---|---|
| Lab $10.00    F/U | X DentistVisit $10.00 | X Prescription $3.00 |

Nursing Staff Signature _____    Date 4-4-07

Inmate Signature _____    Date 4-4-07

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate

*Dr. Bates: For High Blood Pressure Medication Change.*

**Montgomery County Detention Facility**                    **Medical Division Charge Sheet**

Inmate Name: _Turner, Henry_                R/S _BM_    DOB _____

Booking No. _4092_                          Floor _3_    Cell _____

| SERVICES | | |
|---|---|---|
| ___ XRay $10.00 | _X_ Doctor Visit $10.00 | ___ Nurse Visit $10.00 |
| ___ Lab $10.00 | ___ DentistVisit $10.00 | _X_ Prescription $3.00 |

Nursing Staff Signature _E. Olejar, LPN_       Date _4/23/2007_

Inmate Signature _X Henry Turner_              Date _4/23/2007_

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate

```
****** RESIDENT COPY ******

Intake
Receipt # D9048
            D9049

Montgomery County Jail
03/08/2007 01:11:46
ST 004 / CD 4 / OPR MEJ


JOINER
  HENR

  Booking Number : 1092
  Date of Birth  : 09/24/1962
  Location       :   i   B    l

  Open Amount    : $1.24

  Cash

  Comment    :

Receivable:


  Dr. Visit -       Old Bal  :        $5.00
                    Collected:      - $0.49
                    New Bal  :        $4.51


  Total Collected :              $0.49


  Debt Balance :                 $26.51
  Commissary Balance :            $0.75
```

```
****** RESIDENT COPY ******
```

# Add Money
## Receipt # C138890
##                C138891

Montgomery County Jail
03/13/2007 15:43:15
ST 003 / CD 3 / OPR WCK

**JOINER,**
  HENRY

  Booking Number : 1092
  Date of Birth  : 09/24/1962
  Location       :              3A-0

  Add Amount     : $25.00

  Debit :        J PITTMAN
  Money        : 95581352

  Comment       :

Receivable:

| | | |
|---|---|---|
| Dr. Visit – | Old Bal : | $4.51 |
| | Collected: | – $4.51 |
| | New Bal : | $0.00 |
| Prescription – | Old Bal : | $12.00 |
| | Collected: | – $5.49 |
| | New Bal : | $6.51 |

  Total Collected :          $10.00

  Debt Balance :             $16.51
  Commissary Balance :       $15.75

****** RESIDENT COPY ******

# Add Money
# Receipt # C138984
#            C138985

Montgomery County Jail
03/15/2007 11:29:01
ST 003 / CD 3 / OPR YR

**JOINER,**
  HENRY

  Booking Number : 1092
  Date of Birth  : 09/24/1962
  Location       :                3A-0

  Add Amount     : $20.00

  Sender Name  : j. pittman
  Money Order #: 4979558130


  Comment      :

Receivable:

| | | | |
|---|---|---|---|
| Prescription - | Old Bal  : | $6.51 |
| | Collected: | - $6.51 |
| | New Bal  : | $0.00 |
| Nurse - | Old Bal  : | $10.00 |
| | Collected: | - $1.49 |
| | New Bal  : | $8.51 |

  Total Collected :                $8.00

  Debt Balance :                   $8.51
  Commissary Balance :            $12.12

```
****** RESIDENT COPY ******

Add Money
Receipt #  C139761
            C139762

Montgomery County Jail
04/02/2007 12:27:53
ST 003 / CD 3 / OPR YR


JOINER,
  HENRY

  Booking Number : 1092
  Date of Birth  : 09/24/1962
  Location       :              3A-0

  Add Amount     : $25.00

  Sender Name :
  Money Order #: 56331633050


  Comment      :

Receivable:
_____

                    Old Bal  :      $8.51
  Nurse -           Collected:     - $8.51
                    New Bal  :       $0.00
_____


  Total Collected :             $8.51


  Debt Balance :                $0.00
  Commissary Balance :         $16.66
```

****** RESIDENT COPY ******

## Receivable Charge
## Receipt # B88064

Montgomery County Jail
04/04/2007 15:28:18
ST 002 / OPR YR

JOINER,
 HENRY

 Booking Number : 1092
 Date of Birth  : 09/24/1962
 Location       :
                                        3A-0

Nurse -
                        Old Bal    :        $0.00
                        Charged    :      + $10.00
                        Collected  :      - $3.66
                        New Bal    :        $6.34
        Comment : SERVICE ON 03/20/07

Prescription -
                        Old Bal    :        $0.00
                        Charged    :      + $3.00
                        Collected  :      - $3.00
                        New Bal    :        $0.00

Total Collected :
                                          $6.66


Debt Balance :
Commissary Balance :                      $6.34
                                         $10.00

```
****** RESIDENT COPY ******
Receivable Charge
Receipt # B88070
```

Montgomery County Jail
04/04/2007 15:31:25
ST 002 / OPR YR

**JOINER,**
 HENRY

 Booking Number : 1092
 Date of Birth  : 09/24/1962
 Location       :              3A-0

| Dentist Visit - | Old Bal   : | $0.00 |
|---|---|---|
| | Charged   : | + $10.00 |
| | Collected : | - $4.00 |
| | New Bal   : | $6.00 |

   Comment : SERVICE ON 03/21/07

| Prescription - | Old Bal   : | $0.00 |
|---|---|---|
| | Charged   : | + $3.00 |
| | Collected : | - $0.00 |
| | New Bal   : | $3.00 |

 Total Collected :              $4.00


 Debt Balance :                 $15.34
 Commissary Balance :           $6.00

***** RESIDENT COPY *****

# Receivable Charge
# Receipt # B88096

Montgomery County Jail
04/04/2007 15:54:03
ST 002 / OPR YR

**JOINER,**
 HENRY

 Booking Number : 1092
 Date of Birth  : 09/24/1962
 Location       :                    3A-0

---

| Dentist Visit - | | | |
|---|---|---|---|
| | Old Bal | : | $6.00 |
| | Charged | : | + $10.00 |
| | Collected | : | - $2.40 |
| | New Bal | : | $13.60 |

Comment : SERVICE ON 03/28/07

| Prescription - | | | |
|---|---|---|---|
| | Old Bal | : | $3.00 |
| | Charged | : | + $3.00 |
| | Collected | : | - $0.00 |
| | New Bal | : | $6.00 |

---

Total Collected :                    $2.40


Debt Balance :            $25.94
Commissary Balance :       $3.60

***** RESIDENT COPY *****

# Add Money
# Receipt #  C139958
                C139959

Montgomery County Jail
04/05/2007 12:23:35
ST 003 / CD 3 / OPR YR

**JOINER,**
  HENRY

  Booking Number  :  1992
  Date of Birth  :  09/24/1962              3A-0
  Location  :

  Add Amount  :  $25.00

  Sender Name  : CANT READ NAME
  Money Order #: 56531630894


  Comment  :

Receivable:

| | | |
|---|---|---|
| Dentist Visit - | Old Bal : | $13.60 |
| | Collected: | - $10.00 |
| | New Bal : | $3.60 |

  Total Collected :              $10.00

  Debt Balance :                 $15.94
  Commissary Balance :           $15.50

****** RESIDENT COPY ******

# Receivable Charge
# Receipt # B89000

Montgomery County Jail
04/13/2007 10:18:46
ST 002 / OPR YR

**JOINER,**
HENRY

Booking Number : 1092
Date of Birth  : 09/24/1962
Location       :              3A-0

| Dr. Visit - | Old Bal  : | $0.00 |
|---|---|---|
| | Charged    : | + $10.00 |
| | Collected  : | - $0.71 |
| | New Bal    : | $9.29 |
| Comment : service on 04/04/07 | | |

| Prescription - | Old Bal  : | $6.00 |
|---|---|---|
| | Charged    : | + $3.00 |
| | Collected  : | - $0.00 |
| | New Bal    : | $9.00 |

Total Collected :        $0.71

Debt Balance :        $28.23
Commissary Balance :  $1.07

\*\*\*\*\*\* RESIDENT COPY \*\*\*\*\*\*

Receivable Charge
Receipt # B89006

Montgomery County Jail
04/13/2007 10:21:25
ST 002 / OPR YR

JOINER,
  HENRY

  Booking Number : 1092
  Date of Birth  : 09/24/1962       3A-0
  Location       :

Prescription ~

|  | Old Bal : | $9.00 |
|---|---|---|
|  | Charged : | + $3.00 |
|  | Collected : | - $0.42 |
|  | New Bal : | $11.58 |

Comment : service on 04/04/07

Total Collected :                    $0.42

Debt Balance :                       $30.81
Commissary Balance :                 $0.65

****** RESIDENT COPY ******

Add Money
Receipt # C140926
C140927

Montgomery County Jail
04/25/2007 13:32:58
ST 003 / CD 3 / OPR YR

JOINER,
HENRY

Booking Number : 1092
Date of Birth   : 09/24/1962        3A-0
Location        :

Add Amount      : $25.00

Sender Name  : can't read name
Money Order #: 5634212902

Comment         :

Receivable:
_____

                        Old Bal  :      $1.29
Dr. Visit -             Collected:    - $1.29
                        New Bal  :      $0.00

                        Old Bal  :      $3.60
Dentist Visit -         Collected:    - $3.60
                        New Bal  :      $0.00

                        Old Bal  :     $11.58
Prescription -          Collected:    - $5.11
                        New Bal  :      $6.47

_____

Total Collected :              $10.00

Debt Balance :                 $12.81
Commissary Balance :           $27.65

****** RESIDENT COPY ******

# Add Money
## Receipt # C140904
## C140905

Montgomery County Jail
04/25/2007 10:48:20
ST 003 / CD 3 / OPR YR

**JOINER,**
HENRY

Booking Number : 1092
Date of Birth  : 09/24/1962
Location       :              3A-0

Add Amount     : $20.00

Visitor Name : net murrell
Money Order # : 10544100570

Comment        :

Receivable:

| | | |
|---|---|---|
| Dr. Visit - | Old Bal  : | $9.29 |
| | Collected: | - $8.00 |
| | New Bal  : | $1.29 |

Total Collected :              $8.00

Debt Balance :              $22.81
Commissary Balance :         $12.65

*Attach Sheet # 4 of*

# GRIEVANCE DECISION

GRIEVANCE NO. _20070070_         CELLBLOCK: _3A_

INMATE NAME: _Henry Joiner_      BOOKING NO. _1092_

I have investigated your grievance dated
03/18/07 and found that, per the nursing
supervisor, medical received a "SICK CALL SLIP"
from you on 03/19/07. You were seen
on 03/20/07 and prescribed cream for your feet
and something for pain. Per the transfer sheet,
the only medication you are on is for
blood pressure and you are receiving this.
You saw the dentist on 03/21/07, two days after
your request was received.

You are NOT being denied medical attention!

Signature of Grievance Clerks: _S Davis_         Date: _03/22/07_

RECEIVED 03|26|07

Montgomery County Detention Facility

# INMATE REQUEST FORM

DATE: **March 23, 2007**    TIME: **11:00 A.M.**

NAME: **Henry Joiner**    BOOKING # **1092**    CELLBLOCK: **3qAq3**

*Please check ONLY ONE of the following:*

| | |
|---|---|
| _____ LAUNDRY | _____ PROPERTY |
| _____ RECREATION | _____ VISITATION |
| _____ CHARGES/BOND INFORMATION | _____ FOOD SERVICE |
| _____ MAIL | _____ GENERAL LIBRARY |
| _____ CANTEEN | _____ MONEY INFORMATION |
| _____ ATTORNEY FORM - (Hardship Affidavit) | ✔ OTHER |
| _____ COURT REQUEST FORM | |

*Briefly state your request*

To The Grievance Clerk: I would like to have a copy of that grievance dated 03-18-07; to have filed with my Civil Complaint; I never stated, I was being denied Medical Attention. My Grievance was "I am Being Denied PROPER MEDICAL TREATMENT

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

*ACTION TAKEN*

Date: 03/26/07    Time: _____

We do not make copies of grievances for inmates. Your Attorney will have to request them through the proper channel.

Action Taken by: _____
Signature

## PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition.*
*Request Forms will be completed and placed in inmate's file.*
*Inmates will receive a copy when a written response is required.*

Revised 11/06

*Attach Sheet 6 of*

## Montgomery County Detention Facility
# INMATE REQUEST FORM

DATE: **March 23, 2007**    TIME: **10:00 am.**

NAME: **Henry Joiner**    BOOKING # **1092**    CELLBLOCK: **3 A 3**

*Please check ONLY ONE of the following:*

| | |
|---|---|
| _____ LAUNDRY | _____ PROPERTY |
| _____ RECREATION | _____ VISITATION |
| _____ CHARGES/BOND INFORMATION | _____ FOOD SERVICE |
| _____ MAIL | _____ GENERAL LIBRARY |
| _____ CANTEEN | _____ MONEY INFORMATION |
| _____ ATTORNEY FORM - (Hardship Affidavit) | ✓ OTHER |
| _____ COURT REQUEST FORM | |

*Briefly state your request*

I want to speak with someone about when my court Date is set; my rights to a fast and speed Trial; this states Due Process Clause ect; I also would like a copy of this request along with an Inmate Complaint Form and or a Grievance Form

### DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

*ACTION TAKEN*    BK 03/08/07

Date: **03/26/07**    Time: _____

CC07-371 Domestic Violence 2nd  Bond $20,000.00
If you do not have an Attorney, but wish one appointed for you, send request with "ATTORNEY FORM" checked. May request Preliminary within first 30 days.

Action Taken by: _____
Signature

## PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition.*
*Request Forms will be completed and placed in inmate's file.*
*Inmates will receive a copy when a written response is required.*

Revised 11/06

Montgomery County Detention Facility
# INMATE REQUEST FORM

DATE: **03-10-07**                    TIME: **4:00 AM.**
NAME: **Henry Joiner**        BOOKING # **1092**        CELLBLOCK: **3, A, 3**

*Please check ONLY ONE of the following:*

| | |
|---|---|
| _____ LAUNDRY | _____ PROPERTY |
| _____ RECREATION | _____ VISITATION |
| _____ CHARGES/BOND INFORMATION | _____ FOOD SERVICE |
| _____ MAIL | _____ GENERAL LIBRARY |
| _____ CANTEEN | _____ MONEY INFORMATION |
| ✓ ATTORNEY FORM - (Hardship Affidavit) | _____ OTHER |
| _____ COURT REQUEST FORM | |

*Briefly state your request*

I've been here sence the 8th of March and I am requesting an Attorney Form because I can not afford one.

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

*ACTION TAKEN*                    BK 03/08/07

Date: **03/12/07**                    Time: _____

GJ06- 100241  Domestic Violence 2nd  Bond $20,000.00.
Complete the attached forms and PLACE BOTH FORMS in handmail box - DO NOT REMOVE STAPLE.

Action Taken by: **SK Davis**
                    Signature

## PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition.*
*Request Forms will be completed and placed in inmate's file.*
*Inmates will receive a copy when a written response is required.*

Revised 11/06

Montgomery County Detention Facility

# INMATE REQUEST FORM

DATE: 03/27/07        TIME: 5:00 P.M.

NAME: Henry Joiner        BOOKING # 1092        CELLBLOCK: 3₉#₉3

*Please check ONLY ONE of the following:*

| | | | |
|---|---|---|---|
| _____ | LAUNDRY | _____ | PROPERTY |
| _____ | RECREATION | _____ | VISITATION |
| ✓ | CHARGES/BOND INFORMATION | _____ | FOOD SERVICE |
| _____ | MAIL | _____ | GENERAL LIBRARY |
| _____ | CANTEEN | _____ | MONEY INFORMATION |
| ✓ | ATTORNEY FORM - (Hardship Affidavit) | ✓ | OTHER |
| ✓ | COURT REQUEST FORM | | |

*Briefly state your request*

I have already filed for an "Attorney" on the 10ᵗʰ of March 2007, and on the same day requested on another form; for A Bond Hearring; and on the same day request on another form for A Preliminary Hearring etc; Again I AM REQUESTING All The ABove.

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

Date: 03/28/07        *ACTION TAKEN*        Time: _____

Requests sent to District Court 03/14/07. CANNOT SEND REQUEST MORE THAN ONE (1) TIME!

Action Taken by: _____
Signature

## PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition. Request Forms will Be completed and placed in inmate's file. Inmates will receive a copy when a written response is required.*

Revised 11/06

Called down
04/06

# GRIEVANCE DECISION Attach Sheet #7 of #

GRIEVANCE NO. _2 0 0 7 0 0 7 5_    CELLBLOCK: _3A_

INMATE NAME: _Henry Joiner_    BOOKING NO. _1092_

Per Medical, you were given a 3-day
prescription for Ibuprofen 800mg. on
03/28/07. This prescription ran out on
03/31/07; therefore, you were NOT denied
your medication on 04/01/07.
You must put in "SICK CALL SLIP" to see the
doctor, if you need more pain medicine or
purchase Tylenol from the store.

Signature of Grievance Clerks: _S Davis_    Date: _04/04/06_