IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

16 MAY 2007

HENRY JOINER
   PLAINTIFF(S)                 ) 2:07-CV-380-MEF
                                ) (WO)
V.                              ) 2:07-CV-381-MEF
                                ) (WO)
D.T. MARSHALL, et. AL.,         )
   DEFENDANT(S)                 ) 2:07-CV-386-WKW
                                ) (WO)

MOTION FOR RECONSIDERATION

I, HENRY JOINER, Pro-Se, MOTION FOR RECONSIDERATION because, I have no money, I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived, taxed as cost, because I have no monies. In order to get due process of the law and equal protection of the law, and a speedy trial, by the 6, 7 & 14 with United States Constitution Amendments. If my case is dismiss, frivolous, my life will be in imminent danger of serious physical injury, relief, any relief the court can grant:

①

## PROOF OF SERVICE

I, Henry, Joiner, Pro-se, certify that on 16 May 2007, I did mail a copy of the Motion For Reconsideration to the Defendant(s), by placing a copy in the United States Post Office Box, to be mail to the following as:

D.T. MARSHALL, et. al.,
Montgomery County Sheriff Department
250 South McDonough St.
Montgomery, Alabama
36104

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
Pro-Se Henry Joiner

Address of Pro-se
Pro-Se Henry Joiner
M.C.D.F.
Book No. #1092
P.O. Box 4599
Montgomery, Alabama
36103

②

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br>2:07-CV-380-MEF<br>2:07-CV-381-MEF<br>2:07-CV-386-WKW |

IN THE _United States Dist_ COURT OF _Montgomery_, ALABAMA
(Circuit, District, or Municipal)         (Name of County or Municipality)

STYLE OF CASE: _Henry Jones_ v. _____
                 Plaintiff(s)                Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☑ **CIVIL CASE**-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ **CIVIL CASE**-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ **CRIMINAL CASE**-- I am financially unable to hire an attorney and request that the court appoint one for me.
☐ **DELINQUENCY/NEED OF SUPERVISION**-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

**SECTION I.**

1. **IDENTIFICATION**
   Full name _Henry Jones_     Date of birth _____
   Spouse's full name (if married) _N/A_
   Complete home address _____ on 85th St.
   _Montgomery, Alabama_
   Number of people living in household _1_
   Home telephone number _N/A_
   Occupation/Job _N/A_     Length of employment _N/A_
   Driver's license number _N/A_     *Social Security Number _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_
   Employer _N/A_     Employer's telephone number _N/A_
   Employer's address _N/A_

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   ☐ AFDC     ☐ Food Stamps     ☐ SSI     ☐ Medicaid     ☐ Other _N/A_

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
     Monthly Gross Income                                         $ _____
     Spouse's Monthly Gross Income (unless a marital offense)      _____
     Other Earnings: Commissions, Bonuses, Interest Income, etc.   _____
     Contributions from Other People Living in Household           _____
     Unemployment/Workmen's Compensation,
       Social Security, Retirements, etc.                          _____
     Other Income (be specific) _____                      _____
              **TOTAL MONTHLY GROSS INCOME**                     $ _____

   Monthly Expenses:
     A. Living Expenses
        Rent/Mortgage                                             $ _____
        Total Utilities: Gas, Electricity, Water, etc.              _____
        Food                                                        _____
        Clothing                                                    _____
        Health Care/Medical                                         _____
        Insurance                                                   _____
        Car Payment(s)/Transportation Expenses                      _____
        Loan Payment(s)                                             _____

*OPTIONAL

| Form C-10 Page 2 of 2  Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (cont'd page 1)
  Credit Card Payment(s)
  Educational/Employment Expenses
  Other Expenses (be specific) _____
  _____
                    Sub-Total
B.  Child Support Payment(s)/Alimony      $ ___0___
                    Sub-Total                              A $ ___0___
C.  Exceptional Expenses                   $ ___0___   B $ ___0___
         TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ ___0___

Total Gross Monthly Income Less total monthly expenses:
                    **DISPOSABLE MONTHLY INCOME**                         $ ___0___

4.  **LIQUID ASSETS:**
   Cash on Hand/Bank (or otherwise available such as stocks,
      bonds, certificates of deposit)                    $ ___0___
   Equity in Real Estate (value of property less what you owe)  ___0___
   Equity in Personal Property, etc. (such as the value of
      motor vehicles, stereo, VCR, furnishing, jewelry, tools,
      guns, less what you owe)                           ___0___
   Other (be specific)
   Do you own anything else of value? ☐ Yes ☐ No
   (land, house, boat, TV, stereo, jewelry)              ___0___
   If so, describe _____
   _____
                    **TOTAL LIQUID ASSETS**                              $ ___0___

5.  **Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

__15__ day of __MAY__, __2007__           _____
                                            Affiant's Signature

_____              __Henry Joiner__
Judge/Clerk/Notary                            Print or Type Name

**ORDER OF COURT**

**SECTION II.**
   IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
   ☐ Affiant is not indigent and request is DENIED.
   ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
   ☐ Affiant is indigent and request is GRANTED.
   ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____.

                                                  _____
                                                  Judge

